## *United States District Court for the Northern District of Illinois*

Case Number: 08cv37                    Assigned/Issued By: J. N.

Judge Name: SHADUR                     Designated Magistrate Judge: BROWN

---

### FEE INFORMATION

**Amount Due:**   ☑ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP     ☐ No Fee     ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

#### (For Use by Fiscal Department Only)

Amount Paid: 350 _____     Receipt #: 10651260 _____

Date Payment Rec'd: 1-2-08 _____     Fiscal Clerk: J. N. _____

---

### ISSUANCES

☑ Summons                         ☐ Alias Summons

☐ Third Party Summons             ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☐ Citation to Discover Assets        (Victim, Against and $ Amount)

☐ Writ _____
          (Type of Writ)

1 Original and 0 _____ copies on 1-3-08 _____ as to DEFENDANT
                                    (Date)

_____

_____