IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRAVIS DAVIS, | ) | |
| | ) | No. 08 C 37 |
| Plaintiff, | ) | |
| | ) | Hon. Milton I. Shadur |
| v. | ) | Judge Presiding |
| | ) | |
| M. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

## JURY DEMAND

NOW COMES the defendant, MICHAEL WILLIAMS, by and through his attorney, LISA MADIGAN, Attorney General of the State of Illinois, and hereby demand a jury trial in this cause on all issues so triable.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois         By:   s/ Camile Lindsay
                                            CAMILE J. LINDSAY
                                            Assistant Attorney General
                                            General Law Bureau
                                            100 West Randolph Street, 13th Fl.
                                            Chicago, Illinois 60601
                                            (312) 814-4329