IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRAVIS DAVIS, ) | |
| ) | No. 08 C 37 |
| Plaintiff, ) | |
| ) | Hon. Milton I. Shadur |
| v. ) | Judge Presiding |
| ) | |
| M. WILLIAMS, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

TO:  John M. Beal
53 West Jackson BLVD Suite 1108
Chicago, IL 60604

**PLEASE TAKE NOTICE** that on February 25, 2008, the attached **APPEARANCE AND JURY DEMAND**, was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which is herewith served upon you.

LISA MADIGAN
Attorney General of Illinois        By:    s/Camile Lindsay
                                           CAMILE LINDSAY
                                           Assistant Attorney General
                                           General Law Bureau
                                           100 West Randolph Street, 13th Fl.
                                           Chicago, Illinois 60601
                                           (312) 814-4329

## CERTIFICATE OF SERVICE

The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **CM/ECF** on February 25, 2008.

                                           s/Camile Lindsay