IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRAVIS DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 37 |
| vs. | ) | |
| | ) | |
| CORRECTIONAL OFFICER M. WILLIAMS, Illinois Department of Juvenile Justice, | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

TO:   Camile J. Lindsay
      Office of Illinois Attorney General
      100 W. Randolph St., 13th Floor
      Chicago, IL 60601

Please take notice that on February 29, 2008, I caused to be filed in the United States District Court for the Northern District of Illinois, Eastern Division, the Waiver of Service of Summons, a copy of which is hereby served upon you.

                              _S/ John M. Beal_____
                              Attorney for Plaintiff

John M. Beal
Attorney at Law
53 W. Jackson Blvd., Suite 1108
Chicago, IL 60604
(312) 408-2766

**CERTIFICATE OF SERVICE**

I, John M. Beal, attorney, certify that I caused a copy of the Waiver of Service of Summons and Notice of Filing to be served upon the individual(s) listed above by electronic filing on February 29, 2008.

                              Executed on February 29, 2008

                              S/ John M. Beal_____
                              John M. Beal