IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRAVIS DAVIS, | ) | |
| | ) | No. 08 C 37 |
| Plaintiff, | ) | |
| | ) | Hon. Milton I. Shadur |
| v. | ) | |
| | ) | |
| CORRECTIONAL OFFICER M. WILLIAMS, | ) | |
| Illinois Department of Juvenile Justice | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO ENLARGE

NOW COMES Defendant, MICHAEL WILLIAMS by and through his attorney, LISA MADIGAN, Illinois Attorney General, and move this Court to grant Defendant additional time to respond to Plaintiff's complaint. In support of his motion, Defendant states:

1. Counsel filed an appearance in this case on February 25, 2008.

2. Counsel requires additional time within which to contact the Defendant and provide the court with a concise answer to Plaintiff's complaint.

3. Counsel has contacted Plaintiff's counsel and he is not opposed to the granting of this motion.

4. This motion is made in good faith and not for purposes of delay.

5. Plaintiff will not be unfairly prejudiced by the granting of this motion, but prejudice will inure if it is not granted.

WHEREFORE, Defendants respectfully prays that this Honorable Court grant this motion for enlargement of the time to file their response to Plaintiff's Complaint until March 21, 2008.

Respectfully submitted,

LISA MADIGAN

Attorney General of Illinois            By:    s/ Camile Lindsay
                                               CAMILE J. LINDSAY
                                               Assistant Attorney General
                                               General Law Bureau
                                               100 West Randolph Street, 13th Fl.
                                               Chicago, Illinois 60601
                                               (312) 814-4329