IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRAVIS DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.08 C 37 |
| ) | Judge Milton I. Shadur |
| CORRECTIONAL OFFICER M. WILLIAMS ) | |
| Illinois Department of Juvenile Justice, ) | |
| ) | |
| Defendants. **)** | |

## NOTICE OF MOTION

TO:   John M. Beal
        Attorney at Law
        53 West Jackson Blvd. 1108
        Chicago, IL 60604

PLEASE TAKE NOTICE that on the 12th day of March, 2008 at 9:00 a.m., I shall appear before the Honorable Judge Milton I. Shadur or whomsoever may be sitting in his stead in room 2541 at 219 South Dearborn Street, Chicago, Illinois and then and there present the attached **Defendants' Motion to Enlarge**, a copy of which is attached and hereby served upon you.

LISA MADIGAN
Attorney General of Illinois        By:   s/Camile J.Lindsay
                                                              CAMILE J. LINDSAY
                                                              Assistant Attorney General
                                                              General Law Bureau
                                                              100 W. Randolph St., 13th Fl.
                                                              Chicago, Illinois 60601
                                                              (312) 814-4329

## CERTIFICATE OF SERVICE

The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **CM/ECF**on March 4, 2008.

                                                                                        s/Camile J. Lindsay