IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRAVIS DAVIS, | ) | |
| | ) | No.  08 C 37 |
| Plaintiff, | ) | |
| | ) | Hon. Milton I. Shadur |
| v. | ) | Judge Presiding |
| | ) | |
| M. WILLIAMS, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO:   John M. Beal
53 West Jackson BLVD Suite 1108
Chicago, IL 60604

**PLEASE TAKE NOTICE** that on March 21, 2008, the attached **DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**, was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which is herewith served upon you.

LISA MADIGAN
Attorney General of Illinois          By:    s/Camile Lindsay
                                             CAMILE LINDSAY
                                             Assistant Attorney General
                                             General Law Bureau
                                             100 West Randolph Street, 13th Fl.
                                             Chicago, Illinois  60601
                                             (312) 814-4329

### CERTIFICATE OF SERVICE

The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **CM/ECF** on March 21, 2008.

s/Camile Lindsay