IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRAVIS DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.08 C 37 |
| | ) | Judge Milton I. Shadur |
| M. WILLIAMS | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   John M. Beal
      Attorney at Law
      53 West Jackson Blvd. 1108
      Chicago, IL 60604

PLEASE TAKE NOTICE that on the 13th day of June, 2008 at 9:15 a.m., I shall appear before the Honorable Judge Milton I. Shadur or whomsoever may be sitting in his stead in room 2541 at 219 South Dearborn Street, Chicago, Illinois and then and there present the attached **Defendant's Motion for Entry of Protective Order**, a copy of which is attached and hereby served upon you.

LISA MADIGAN
Attorney General of Illinois          By:   s/Camile J.Lindsay
                                             CAMILE J. LINDSAY
                                             Assistant Attorney General
                                             General Law Bureau
                                             100 W. Randolph St., 13th Fl.
                                             Chicago, Illinois 60601
                                             (312) 814-4329

**CERTIFICATE OF SERVICE**

The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **CM/ECF** on June 11, 2008.

s/Camile J. Lindsay