# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 37 | DATE | 6/12/2008 |
| CASE TITLE | Travis Davis vs. M. Williams | | |

**DOCKET ENTRY TEXT**

Defendant's motion for a protective order is granted. (20-1) Enter Agreed Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED-EP1
2008 JUN 12 PM 4:06
U.S. DISTRICT COURT
CLERK

| | Courtroom Deputy Initials: | SN |
|---|---|---|